THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO MIGLIORI, Appellant.— Appeal by defendant from a judgment of the County Court, Richmond County, entered on the verdict of a jury, convicting him of a violation of section 1308 of the Penal Law (withholding and aiding in withholding stolen property), on which he was sentenced to imprisonment for not less than two nor more than four years. Judgment reversed on the law and a new trial ordered. The court erred in respect of the incident at folios 1191–1198, in the course of which, it, in effect, injected itself into the deliberations of the jury. The message referred to, received from the jury, should have been made known to counsel and made part of the record, and, if it required an answer or statement to the jury, that answer or statement should have been given, and nothing more. There was also error in allowing the jurors to make use of telephone facilities while the case was under consideration by them. If the need for such communications was imperative, the message or messages should have been transmitted through an officer of the court. The court also erred in its charge in respect of the effect of the character testimony in stating the rule too narrowly. Other claims of error need not be passed upon as it may be that on a retrial there will be no recurrence of the incidents upon which they are based. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS NUCCITELLI, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER J. PURTELL, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH O'NEILL, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS D'ANDREA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE J. HOLLENBECK, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY NUCCITELLI, Appellant.— Separate appeals by six defendants from judgments of the County Court of Dutchess County, severally convicting them of the crime of conspiracy and violations of sections 970 and 973 of the Penal Law, under four counts of an indictment, and from an order denying their motions to set aside the verdict, in arrest of judgment, and to dismiss the indictment. Judgments and order unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK ATHLETIC CLUB, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [180 Central Park So., Borough of Manhattan.] — Appeal by defendants in a certiorari proceeding to review the assessment of real property located at the southeast corner of Central Park South and Seventh Avenue, in the borough of Manhattan, City of New York, known as the New York Athletic Club, for the taxable year 1943–1944. The learned Special Term reduced the assessment on the land from $1,315,000 to $1,075,000, and the improvements from $2,700,000 to $2,250,000, thus reducing the total assessment from $4,015,000 to $3,325,000. Order reversed on the law and the facts and a new trial granted, with costs to abide the event, on the ground that the conclusion of the trial court is not supported by the evidence in this record. This appeal was transferred from the First Department to the Second Department under section 618 of the Civil Practice Act, pursuant to an order made on the 9th day of October, 1945. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.